UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

**MCDONALD'S USA, LLC, et al.**

    **Plaintiffs,**

        v.                            **Case No. 17-cv-00119 (APM)**

**WILLIE T. CRAFT,**

    **Defendant.**

## RESPONSE TO PLAINTIFF'S MOTION

In the Court's Order of 01/03/18, Case 1:17-cv-00119-APM, Document 48, Defendant was ordered to respond to Plaintiff's Motion award of attorney's fees and costs in the amount of $29,053.48, on or before January 24, 2018.

**Request for More Time**: Defendant comes now to petition the Court for a grant of at least 45 days, from January 24, 2018, to respond to Plaintiff's Motion for the above requested amount for attorney's fees and costs.

## SUPPORT MEMORANDUM

When I paid attorney Bruce Lamb on October 16, 2017, his requested attorney retainer fee amount, it was my understanding that he would enter an appearance on Defendant's behalf so he would be notified by the Court and Plaintiff's attorneys on all matters relating to this case. Regretfully, I learned for the first through the Memorandum Opinion, page 1, footnote 1, dated 11/29/17 (which I did not have notice of until the Clerk of the Court mailed this Opinion, along with two others on January 10, 2018, which I received through US Mail on January 12,

RECEIVED

JAN 24 2018

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

2018), that attorney Bruce Lamb neglected his duties as an attorney by failing to notify the Court that Defendant had retained him as legal representative on the McDonald case.

Because Defendant was unaware of his failure to enter an appearance on Defendant's behalf, Defendant had no way of knowing that there was an outstanding Motion for attorney fees filed by Plaintiffs (*It should noted that since there was no entering of an appearance on behalf of Defendant, the Court noted that Defendant was a Pro Se Defendant. However, Pro Se Defendant did not receive any of the following Orders/Notices until January 11, 2018, in a post marked envelop, dated January 10, 2018, from the U.S. District Court, District of Columbia, Clerk of Court: 1) Order filed 01/03/18, Case 1:17-cv-00119-APM, Document 48; 2) Order Granting Plaintiff's Motion for Judgment on the Pleadings, issued on November 29, 2017, by U.S. District Court Judge Amit P. Mehta; and 3) MEMORANDUM OPINION, dated 11/29/17.*

When Defendant learned of Plaintiff's Motion for attorney fees and cost on January 11, 2018, Defendant began to diligently seek new legal representation and to sever the apparent client/attorney relationship with attorney Bruce Lamb.

Defendant is optimistic that he will have a new attorney within the next week.

**Conclusion:**

For the reasons stated above, Defendant requests on this day, January 24, 2018, a granting of Motion for More Time to Respond to Plaintiffs' Motion for attorney's fees and cost.

Respectfully submitted,

Willie T. Craft
*Willie T. Craft* 1-24-2018