**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **MCDONALD'S USA, LLC, et al.,** | ) ) ) | |
| **Plaintiffs,** | ) ) ) | |
| v. | ) ) | Case No. 1:17-cv-119 (APM) |
| **WILLIE T. CRAFT,** | ) ) ) | |
| **Defendant.** | ) ) | |

## ORDER TO SHOW CAUSE

On January 19, 2018, attorney Alexander J.E. English, a member of this District Court's bar, entered an appearance in this matter on behalf of Defendant Willie T. Craft. *See* ECF No. 49. On that same date, attorney Bruce Lamb, who is a member of the D.C. bar, but not the bar of this Court, filed a Motion for Leave to Appear Pro Hac Vice, ECF No. 50, which the court granted that same day, *see* Minute Order, Jan. 19, 2018. Following the entry of their appearances, on January 24, 2018, Defendant acting pro se filed a motion seeking additional time to respond to Plaintiffs' Motion for Attorney's Fees and Costs. Resp. to Pls.' Mot., ECF No. 51. As grounds for that motion, Defendant stated that he had paid Bruce Lamb a retainer and understood that Mr. Lamb would enter his appearance on Defendant's behalf. *Id.* at 1. Defendant said he was unaware that Lamb had not entered an appearance, as promised. *Id.* at 1–2. On January 27, 2018, the court denied Defendant's pro se motion in part, ruling that because Messrs. English and Lamb had entered appearances on behalf of Defendant, the court would extend the deadline to respond to

February 9, 2018. Order, ECF No. 52. The court's expectation was that counsel would file a response by the new deadline.

Evidently, the court's expectation was misplaced. Two days before the deadline, February 7, 2018, Defendant, again acting pro se, moved the court for additional time to respond to Plaintiffs' Motion for Attorney's Fees. Mot. for Recons., ECF No. 53. According to Defendant, "neither attorney Lamb nor English ever contacted Defendant on or after January 19, 2018, when they jointly entered appearances on behalf of Defendant. Both attorneys failed to contact Defendant by either phone, email, text, or any other method of communication." *Id.* at 2. Moreover, Defendant stated that he learned of Messrs. English's and Craft's appearances in this case only upon receiving the court's Order of January 27, 2018. *Id.* Thereafter, the February 9, 2018, deadline came and went without any word from either Mr. English or Mr. Lamb.

Something is clearly amiss. Based on Defendant's representations, counsel of record in this case may have violated ethical obligations to their client and to this court. Accordingly, the court orders Messrs. English and Lamb to show cause no later than February 20, 2018, why the court should not sanction them for their failure to represent Defendant in this matter, as well as for missing the deadline to file a response to Plaintiffs' Motion for Attorney's Fees. Such sanctions may include reporting counsel's conduct to relevant bars, including the bar of this Court.

Until the court is able to sort out the facts concerning Defendant's representation, all proceedings relating to Plaintiffs' Motion for Attorney's Fees shall be stayed.

In addition to electronic service, a copy of this order shall be mailed to Messrs. English and Lamb. A copy of this order also shall be mailed directly to Defendant by the Clerk of Court.

Dated:  February 13, 2018

                                    Amit P. Mehta
                                    United States District Judge